**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6643

JAMES RANDALL BRAWNER,

　　　　　Plaintiff - Appellant,

　　　v.

LEROY CARTLEDGE, sued in his individual capacity; STEVEN
LEWIS, sued in his individual capacity; J. PARKER, sued in
his individual capacity; FRANK MURSIER, sued in his
individual capacity; HARRISON, sued in his individual
capacity; JAMES SLIGH, sued in his individual capacity;
DENNIS PATTERSON, sued in his individual capacity,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg. Richard Mark Gergel, District
Judge. (5:12-cv-01889-RMG)

Submitted: October 21, 2014　　　Decided: October 23, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Randall Brawner, Appellant Pro Se. Andrew Lindemann,
DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Randall Brawner appeals the district court's order adopting the magistrate judge's recommendation to grant Defendants' summary judgment motion on Brawner's 42 U.S.C. § 1983 (2012) complaint against them. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Brawner v. Cartledge, No. 5:12-cv-01889-RMG (D.S.C. Mar. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED